UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) <br> TRUDY ANN THOMAS ) <br> ) <br> ) <br> Debtor, ) <br> _____ ) <br> ) <br> DAVID J. ADAMS, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUDY ANN THOMAS ) <br> Defendant, ) | Bankruptcy Case No. <br> 05-44478 ABC <br> Chapter 7 <br><br><br> Adversary Proceeding No. <br> 06-1133 ABC |

### ORDER EXTENDING TIME FOR APPEAL

This matter is before the Court on Plaintiff's motion for extension of time for appeal. Having reviewed the same and finding good cause:

IT IS ORDERED that the time for _filing a notice of_ appeal shall be extended until **May 24, 2007**.

Dated this 4th day of May, 2007.

BY THE COURT:

_[signature]_
A. Bruce Campbell
United States Bankruptcy Court Judge