IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01079-WDM

In re:

TRUDY ANN THOMAS,

Debtor.

DAVID J. ADAMS,

    Plaintiff/Appellant,

v.

TRUDY ANN THOMAS,

    Defendant/Appellee

_____

**ORDER**
_____

    This matter is before me on the Appellant's motion for leave to submit brief, filed February 8, 2008, and Appellee's motion for extension of time, filed after Appellant's motion on February 8, 2008. Appellant's motion requests leave to file a brief which he had initially disclaimed any interest in doing. Appellee's motions seeks 14 additional days after the original February 8, 2008 deadline because of Appellee's sickness. Appellant opposes the motion for extension of time, arguing that it would give Appellee an unfair advantage to respond to his brief. These circumstances do present concern whether Appellee may gain an unfair advantage where I had intended contemporaneous filings without responses. Given the circumstances, I order as

follows:

1. Appellant's motion for leave to submit brief (doc. no., 19) is granted;

2. Appellee's motion for an extension of time (doc. no. 20) is granted to allow Appellee to file a supplemental brief on or before February 20, 2008, without consideration of the Appellant's brief or any response thereto.

DATED at Denver, Colorado, on February 12, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge