IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01079-WDM

In re:

TRUDY ANN THOMAS,

Debtor.

DAVID J. ADAMS,

    Plaintiff/Appellant,

v.

TRUDY ANN THOMAS,

    Defendant/Appellee

_____

**ORDER**
_____

This matter is before me on the Appellant's Motion for Judgment on the Current Record (doc no 24) and Appellee's Motion for Reconsideration Regarding Order of February 12, 2008 (doc no 25). After oral argument, I permitted the parties to submit supplemental briefs. Due to counsel's illness, Appellee requested an extension of time to submit the brief, which was granted but not to the date requested by Appellee. Appellee therefore missed the deadline. Appellant's motion requests that I not consider the brief submitted thereafter. Appellee seeks acceptance of the brief. I will accept the

supplemental brief filed by Appellee on February 22, 2008.

Accordingly, it is ordered:

1. Appellant's Motion for Judgment on the Current Record (doc no 24) is denied.

2. Appellee's Motion for Reconsideration Regarding Order of February 12, 2008 (doc no 25) is granted.

DATED at Denver, Colorado, on February 28, 2008.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge