IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01079-WDM

IN RE:

TRUDY ANN THOMAS

    Debtor.

DAVID J. ADAMS,

    Plaintiff/Appellant,,

v.

TRUDY ANN THOMAS,

    Defendant/Appellee.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to strike brief is denied as moot.

Dated: March 27, 2008

                                      s/ Jane Trexler, Judicial Assistant